## Ruggieri *v.* West Forum Corporation, Appellant.

Argued May 3, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY and MANDERINO, JJ.

*Frank J. Marcone,* for appellant.

No oral argument was made nor brief submitted for appellee.

OPINION PER CURIAM, July 2, 1973:
Decree affirmed. Each party to bear own costs.
Mr. Justice NIX took no part in the consideration or decision of this case.